UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 94-248** |
| **CLARENCE WILLIAMS** | **SECTION: "B"** |

### ORDER AND REASONS

Considering defendant Williams' motion for reconsideration of retroactive application of sentencing guidelines to crack cocaine offense, Record Document No. 85, and the Government's opposition memorandum to same, Record Document No. 89, **IT IS ORDERED** that defendant's motion is hereby **DISMISSED**.

The instant motion fails to offer anything material for reconsideration of the original motion, Record Document No. 82, and order denying same, Record Document No. 84.

Defendant completed his original 70-month term of imprisonment sentence, imposed by Judge Porteous on December 14, 1994, and was released from federal prison in 1999, to commence the supervised release portion of that sentence.  Defendant subsequently committed several violations of supervised release conditions, including but not limited to a felony conviction for aggravated incest and positive urine samples for illegal substance.  As a result, his supervised release was revoked in 2002 by Judge Porteous leading to an 18-month imprisonment, to be served consecutively to the aforementioned state sex crime conviction.  Record Document No. 77.

There was no appeal from the original federal sentence or the subsequent supervised release sentence. Defendant is now in state custody serving the noted state court sentence.

The reduction of crack cocaine base offense levels under Amendment 706 does not mandate a reduction in this defendant's supervised release revocation sentence. U.S.S.G. §1B1.10, Application Note 4; 18 U.S.C. 3582(c)(2); compare, *U.S. Gamble*, 2008 WL 3066079 (E.D. Ark., Aug. 1, 2008).

Given this defendant's criminal history of felony convictions, including the commission of serious crimes while on federal supervised release, no "706" reduction is warranted here.

New Orleans, Louisiana, this 17th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE